UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Jane Doe
                  Plaintiff,

v.                                   Case No.: 1:25–cv–12391
                                                     Honorable LaShonda A. Hunt

Fedex Corporation, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to the calendar of Judge LaShonda A. Hunt. Plaintiff filed this case in state court under a pseudonym, which Defendant has since removed [1]. The Seventh Circuit has explained, "We have repeatedly voiced our disfavor of parties proceeding anonymously, as anonymous litigation runs contrary to the rights of the public to have open judicial proceedings and to know who is using court facilities and procedures funded by public taxes. To proceed anonymously, a party must demonstrate exceptional circumstances that outweigh both the public policy in favor of identified parties and the prejudice to the opposing party that would result from anonymity." *Doe v. Village of Deerfield,* 819 F.3d 372, 376–77 (7th Cir. 2016); *see also Doe v. Loyola Univ. Chicago,* 100 F.4th 910, 913 (7th Cir. 2024). While this case does not appear to be one in which it would be appropriate to allow Plaintiff to proceed anonymously, Plaintiff may seek leave to do so if she has a good faith basis in fact and law to support her request. Thus, by 10/22/25, Plaintiff is ordered to file either an unredacted complaint in which she discloses her identity or a properly noticed motion to proceed anonymously. The parties are ordered to file a Joint Initial Status Report for New Case by 11/18/25. A template for the report can be found on Judge Hunt's webpage under "Initial Status Conference and Status Report." A telephonic initial status hearing is set for 11/25/25 at 9:45AM. Attorneys/parties may appear by dialing: 1–650–479–3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.