**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Jane Doe
                    Plaintiff,

v.                                              Case No.: 1:25−cv−12391
                                                Honorable LaShonda A. Hunt

Fedex Corporation, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 25, 2025:

    MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic status hearing held. For the reasons stated on the record, Plaintiff's motion to proceed under a pseudonym [7] is denied. By 12/29/25, Plaintiff may file either an amended complaint or a notice of voluntary dismissal. As discussed, to the extent Plaintiff seeks to amend her complaint to add new claims, the parties are encouraged to consider reaching an agreement in accordance with Fed. R. Civ. Rule 15(a)(2). Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.